| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on March 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Mark Wegh<br><br>                                                Debtor. | Chapter: 13<br><br>Case No.: 19-17262-MBK<br><br>Judge: Michael B. Kaplan |

### CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT
### AS TO TOYOTA MOTOR CREDIT CORPORATION

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 18, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtor: Mark Wegh
Case No.: 19-17262-MBK
Caption of Order: **CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT**

THIS MATTER having been opened to the Court upon the Application for Entry of Consent Order in Lieu of Motion for Order Confirming the Automatic Stay is not in Effect ("Application") filed by Toyota Motor Credit Corporation ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) and co-debtor stay provided under 11 U.S.C. §1301 are not in effect as to Creditor's interest in the personal property described as **2017 TOYOTA SIENNA; VIN:  5TDYZ3DC0HS794294** ("Vehicle").

2. Creditor has complete relief from the automatic stay and co-debtor stay to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/David A. Kasen* | */s/ Gavin N. Stewart* |
| David A. Kasen | Gavin N. Stewart |
| Kasen & Kasen | Stewart Legal Group, P.L. |
| 1874 East Route 70, Suite 3 | 401 East Jackson Street, Suite 2340 |
| Cherry Hill, NJ 08003 | Tampa, FL 33602 |
| Telephone: (856) 424-4144 | Telephone: (813) 371-1231 |
| E-mail: dkasen@kasenlaw.com | E-mail: gavin@stewartlegalgroup.com |
| *Counsel to Debtor* | *Counsel to Creditor* |