| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
|---|
| In re:<br><br>Mark Wegh<br><br>                              Debtor. |

Order Filed on March 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-17262-MBK

Judge: Michael B. Kaplan

### CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT
### AS TO TOYOTA MOTOR CREDIT CORPORATION

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 18, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Mark Wegh
Case No.: 19-17262-MBK
Caption of Order: **CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT**

THIS MATTER having been opened to the Court upon the Application for Entry of Consent Order in Lieu of Motion for Order Confirming the Automatic Stay is not in Effect ("Application") filed by Toyota Motor Credit Corporation ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) and co-debtor stay provided under 11 U.S.C. §1301 are not in effect as to Creditor's interest in the personal property described as **2017 TOYOTA SIENNA; VIN: 5TDYZ3DC0HS794294** ("Vehicle").

2. Creditor has complete relief from the automatic stay and co-debtor stay to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/David A. Kasen* | */s/ Gavin N. Stewart* |
| David A. Kasen | Gavin N. Stewart |
| Kasen & Kasen | Stewart Legal Group, P.L. |
| 1874 East Route 70, Suite 3 | 401 East Jackson Street, Suite 2340 |
| Cherry Hill, NJ 08003 | Tampa, FL 33602 |
| Telephone: (856) 424-4144 | Telephone: (813) 371-1231 |
| E-mail: dkasen@kasenlaw.com | E-mail: gavin@stewartlegalgroup.com |
| *Counsel to Debtor* | *Counsel to Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-17262-MBK
Mark Wegh                                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin               Page 1 of 1              Date Rcvd: Mar 18, 2020
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
db             +Mark Wegh,    1152 Tiffany Lane,    Lakewood, NJ 08701-5859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      David A. Kasen    on behalf of Debtor Mark    Wegh dkasen@kasenlaw.com
      Denise E. Carlon     on behalf of Creditor     Toyota Lease Trust dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Gavin    Stewart    on behalf of Creditor    Toyota Motor Credit Corporation
       gavin@stewartlegalgroup.com
      Julie Cascino    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       jcascino@grosspolowy.com,    ecfnotices@grosspolowy.com
      Kevin Gordon McDonald     on behalf of Creditor     Toyota Lease Trust kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Loren L. Speziale     on behalf of Creditor     Santander Bank, N.A. lspeziale@grossmcginley.com,
       jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
      Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
       ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com
      Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com
      Rebecca K. McDowell     on behalf of Creditor     SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.
       rmcdowell@slgcollect.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                      TOTAL: 11