Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  19−17262−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Wegh
   1152 Tiffany Lane
   Lakewood, NJ 08701

Social Security No.:
   xxx−xx−8290

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/14/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 15, 2020
JAN: kmm

                                                    Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-17262-MBK
Mark Wegh                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2           Date Rcvd: Apr 15, 2020
                              Form ID: 148         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
```
db             +Mark Wegh,    1152 Tiffany Lane,    Lakewood, NJ 08701-5859
cr             +SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.,    c/o Saldutti Law Group,
                 800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
cr             +Santander Bank, N.A.,    Gross McGinley, LLP,    c/o Loren L Speziale,   33 South Seventh Street,
                 PO Box 4060,    Allentown, PA 18105-4060
cr             +Toyota Motor Credit Corporation,    P.O. Box 340514,    Tampa, FL 33694-0514
518173842     #+CACH, LLC,    c/o Federated Law Group, PLLC,    13205 U.S. Hwy 1,    Suite 555,
                 Juno Beach, FL 33408-2222
518226705      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518173846      +Down Town Feather, LLC,    1152 Tiffany Ln,    Lakewood, NJ 08701-5859
518173847      +Luiz Wegh,    4519 16th Ave.,    Brooklyn, NY 11204-1102
518173848      +MRS BPO LLC,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
518308027      +NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,    P.O. Box 619096,    Dallas, TX 75261-9096
518191180    ++++NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER,    GROSS POLOWY, LLC.,    2500 PLAZA FIVE STE 2548,
                 JERSEY CITY NJ   07311-4026
               (address filed with court: Nationstar Mortgage, LLC d/b/a Mr. Cooper,    Gross Polowy, LLC.,
                 2500 Plaza 5, Suite 2548,    Jersey City, NJ 07311)
518173850      Nationstar Mortgage, LLC,    d/b/a Mr. Cooper,    PO Box 60516,    City of Industry, CA 91716-0516
518173851     +Santander,    Card Services Processing,    PO Box 12768,    Reading, PA 19612-2768
518173852      Santander Bank N.A.,    PO Box 16255,    Reading, PA 19612-6255
518173853     +Santander Bank, N.A.,    c/o F.H. Cann & Associates, Inc.,    1600 Osgood St.,   Suite 20-2/120,
                 North Andover, MA 01845-1048
518173854     +Santander Bank, N.A.,    c/o Saldutti Law Group,    800 North Kings Highway,   Suite 300,
                 Cherry Hill, NJ 08034-1511
518223171     +Santander Bank, N.A.,    450 Penn Street,    MC 10-421-MC3,    Reading, PA 19602-1011
518290293     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 23:12:14    U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 23:12:14    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518173841      EDI: AMEREXPR.COM Apr 16 2020 02:48:00    American Express,   PO Box 1270,
                 Newark, NJ 07101-1270
518212262      EDI: BECKLEE.COM Apr 16 2020 02:48:00    American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518225428      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 23:17:12    CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518173843      EDI: CAPITALONE.COM Apr 16 2020 02:48:00    Capital One,   PO Box 6492,
                 Carol Stream, IL 60197-6492
518245232     +EDI: AIS.COM Apr 16 2020 02:48:00    Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518173844      EDI: URSI.COM Apr 16 2020 02:48:00    Chase Bank USA, N.A.,    c/o Alltran Financial, LP,
                 PO Box 722929,    Houston, TX 77272-2929
518173845      EDI: CITICORP.COM Apr 16 2020 02:48:00    Citi Cards,   PO Box 9001037,
                 Louisville, KY 40290-1037
518308985     +EDI: CITICORP.COM Apr 16 2020 02:48:00    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
518293844      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 23:16:37    LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518173855      EDI: TFSR.COM Apr 16 2020 02:48:00    Toyota Financial Services,   PO Box 4102,
                 Carol Stream, IL 60197-4102
518292067     +EDI: AIS.COM Apr 16 2020 02:48:00    Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518173849*    +MRS BPO LLC,   1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518293531*    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 15, 2020
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:

```
              Albert     Russo      docs@russotrustee.com
              David A. Kasen     on behalf of Debtor Mark   Wegh dkasen@kasenlaw.com
              Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin   Stewart     on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com
              Julie   Cascino     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               jcascino@grosspolowy.com,   ecfnotices@grosspolowy.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Loren L. Speziale     on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,
               jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
              Lynn Therese Nolan     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com,   lnolan@grosspolowy.com
              Lynn Therese Nolan     on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com,   lnolan@grosspolowy.com
              Rebecca K. McDowell     on behalf of Creditor     SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.
               rmcdowell@slgcollect.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```