| UNITED STATES BANKRUPTCY COURT |
|---|
| District of New Jersey |
| |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

In re:

Mark Wegh

Debtor(s)

**Order Filed on April 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-17262 / MBK

Chapter: 13

Hearing Date: 04/08/2020

Judge: Michael B. Kaplan

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: April 14, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to attend Confirmation Hearing
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, payments ordered for attorney fees, or any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 19-17262-MBK
Mark Wegh                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Apr 15, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
db            +Mark Wegh,    1152 Tiffany Lane,    Lakewood, NJ 08701-5859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
       Albert   Russo    docs@russotrustee.com
       David A. Kasen    on behalf of Debtor Mark   Wegh dkasen@kasenlaw.com
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       Gavin   Stewart    on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com
       Julie   Cascino    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       jcascino@grosspolowy.com, ecfnotices@grosspolowy.com
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,
       jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
       Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
       ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
       Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
       Rebecca K. McDowell    on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.
       rmcdowell@slgcollect.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                       TOTAL: 11